**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-03079

ROBERT R. DUFRESNE etc., et al.

    *Plaintiff*,

       v.

PDC ENERGY, INC., et al.

    *Defendants*,

ROCKIES REGION 2006 LP, a West Virginia
limited partnership; and
ROCKIES REGION 2007 LP, a West Virginia
limited partnership,

    *Nominal Defendants.*

---

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

---

Plaintiffs Robert R. Dufresne etc., et al. ("Plaintiffs") request, pursuant to Federal Rule of Evidence 201 that the Court take judicial notice of the following matters, facts, and documents in connection with Plaintiffs' Opposition to defendant PDC Energy, Inc.'s ("PDC") Motion to Dismiss Plaintiffs' Derivative Complaint.

Specifically, Plaintiffs request that the Court take judicial notice of the following items and things, which are attached hereto. There items and things include the following:

1.      A true and correct copy of the First Amended Complaint filed on August 31, 2012 in the action *Schulein v. Petroleum Development Corp.*, No. 11-CV-1891 AG (C.D. Cal. Dec. 7, 2011) ("*Schulein*"), which is attached hereto as **Exhibit A**.

2.      A true and correct copy of the Memorandum of Points and Authorities in support of the Motion for Summary Judgment and Partial Summary Judgment filed by PDC on March 24, 2014 in the *Schulein* action, which is attached hereto as **Exhibit B**.

3.      A true and correct copy of the Opposition to PDC's Motion for Summary Judgment and Partial Summary Judgment filed by the plaintiffs in the *Schulein* action on April 7, 2014, which is attached hereto as **Exhibit C**.

4.      A true and correct copy of the Complaint filed on February 2, 2016 in the action *Rodenfels v. PDC Energy, Inc.*, No. 16-CV-00251 WYD (D. Colo. Feb. 2, 2016) ("*Rodenfels*"), which is attached hereto as **Exhibit D**.

5.      A true and correct copy of Plaintiff's Motion for Partial Summary Judgment filed on December 22, 2017 in the *Rodenfels* action, which is attached hereto as **Exhibit E**.

6.      A true and correct copy of PDC's Opposition to Plaintiff's Motion for Partial Summary Judgment filed in the *Rodenfels* action on January 19, 2018, which is attached hereto as **Exhibit F**.

7.      A true and correct copy of the Reply in Support of Plaintiff's Motion for Partial Summary Judgment filed in the *Rodenfels* action on February 2, 2018, which is attached hereto as **Exhibit G**.

8.      A true and correct copy of the Declaration of Charles E. Elder in Support of Local Rule 37-2 Joint Stipulation Re Plaintiffs' Motion for a Privilege Determination Under Seal filed in the *Schulein* action on March 13, 2014, which is attached hereto as **Exhibit H**.

9.      A true and correct copy of the "Form of Limited Partnership Agreement of PDC 2004-D Limited Partnership" that was attached as Exhibit 12 to the Declaration of Darwin Stump

in support of PDC's Motion for Summary Judgment and Partial Summary Judgment and filed in the *Schulein* action on March 24, 2014, which is attached hereto as **Exhibit I**.

10.     A true and correct copy of the "Rockies Region Private Limited Partnership Confidential Private Placement Memorandum" that was attached as Exhibit 3 to the Declaration of Darwin Stump in support of PDC's Motion for Summary Judgment and Partial Summary Judgment and filed in the *Schulein* action on March 24, 2014, which is attached hereto as **Exhibit J**.

Dated: February 22, 2018

By __/s/ Thomas G. Foley, Jr. _____

THOMAS G. FOLEY, JR.
tfoley@foleybezek.com
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara CA 93101
Telephone: (805) 962-9495
Facsimile: (805) 962-0722

Attorneys for Plaintiffs